1
2
3
4
5

6                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                              AT TACOMA

8  CHARLES L. THOMAS,

9                                                          No. 10-5369RJB/JRC
                              Plaintiff,
10       v.                                                ORDER

11 JEFFRY HOOD, *et al.*,

12                            Defendants.

13

14       This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

15 Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate

16 Judges' Rules MJR 1, MJR 3, and MJR 4.

17       The matter before the court is plaintiff's motion for appointment of counsel (DKT # 6).
18
         There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.
19
20 Although the court can request counsel to represent a party, 28 U.S.C. § 1915(e)(1), the court

21 may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th

22 Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616

23 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both
24
   the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro
25
26 se in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

   ORDER - 1

1   Plaintiff has demonstrated an adequate ability to articulate his claims pro se and has not
2 made an argument regarding the likelihood of success on the merits. According, the motion (Dkt
3 # 6) is **DENIED.**

DATED this 28th day of June, 2010.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 2