UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES L. THOMAS,<br><br>    Plaintiffs,<br><br> v.<br><br>JEFFRY HOOD, et al.,<br><br>    Defendants. | Case No. 3:10-cv-05369-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura.  Dkt. 13.  No objections to the Report and Recommendation have been filed.

  On May 18, 2010, Plaintiff Charles L. Thomas filed a civil rights complaint under 42 U.S.C. § 1983.  Dkt. 5.  Plaintiff named as Defendants Recreation Athletic Specialist 3 (RS3) Jeffrey Hood and the Washington State Department of Corrections.  *Id*.

  Plaintiff alleges that Defendant Hood "mistreated [Mr. Thomas] by abusing his authority and showing favoritism of the Caucasian race."  Dkt. 5, at 3.  In support of his claim, Mr.

ORDER - 1

Thomas attaches several Department of Corrections grievance forms that allege (1) Defendant Hood denied Mr. Thomas the use of a music recording machine and (2) Defendant Hood had a "nasty attitude" towards Mr. Thomas and refused to speak with him. Dkt. 5, at 4-7.

On August 19, 2010, Defendants filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and to stay discovery. Dkt. 12. Defendants argue that dismissal is appropriate under Rule 12(b)(6) because (1) claims against the State and Defendant Hood in his official capacity are barred by the Eleventh Amendment, (2) Mr. Thomas failed to exhaust all of his available administrative remedies, (3) Mr. Thomas fails to state a claim on which relief can be granted, and (4) Defendant Hood is entitled to qualified immunity. *Id*. Defendants also argue that a stay of discovery is appropriate because a dispositive motion is pending. *Id*.

On November 4, 2010, Magistrate Judge Creatura issued the Report and Recommendation presently before the Court. Dkt. 13. Magistrate Judge Creatura recommends that the claims against the State and Defendant Hood in his official capacity be dismissed because they are barred by the Eleventh Amendment. *Id.* Magistrate Judge Creatura also recommends that the motion to dismiss pursuant to (1) a failure to exhaust, (2) a failure to state a claim, and (3) qualified immunity be denied. *Id*. Magistrate Judge Creatura further recommends that discovery in this case be strictly limited to Defendant Hood's intent in denying Mr. Thomas the use of the music recording machine and what the Department of Corrections considered in the grievance procedure.

The Court concurs with the well-reasoned analysis of the Magistrate Judge. While claims against the State and Defendant Hood in his official capacity are barred by the Eleventh Amendment, dismissal of the claims against Mr. Hood in his personal capacity is not appropriate at this early stage of the proceedings. Accordingly, the Court should (1) adopt the Report and

Recommendation, (2) dismiss with prejudice claims against the Washington Department of Corrections and Defendant Hood in his official capacity, (3) deny the remainder of Defendants' motion to dismiss, and (4) strictly limit discovery to whether Mr. Hood had an improper motive or intent in denying plaintiff the use of the recording machine in recreation and what the Department of Corrections considered during the grievance procedure.

Therefore, the Court does hereby **ORDER** that:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 13);

(2) Claims against the Washington Department of Corrections and Defendant Hood in his official capacity are **DISMISSED WITH PREJUDICE**. The remainder of the motion is **DENIED** consistent with the Report and Recommendation. Discovery will be strictly limited to whether Mr. Hood had an improper motive or intent in denying plaintiff the use of the recording machines in recreation and what the Department of Corrections considered during the grievance procedure.

(3) This case is **RE-REFERRED** to Magistrate Judge Creatura, and;

(4) The Clerk is directed to send a copy of this Order to plaintiff and to the Hon. J. Richard Creatura.

DATED this 16th day of December, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 3