# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES L. THOMAS

JUDGMENT IN A CIVIL CASE

v.

JEFFRY HOOD

CASE NUMBER: C10-5369RJB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 26), with the above analysis;

Defendant's Motion for Summary Judgment (Dkt. 22) is GRANTED in part as stated; and

This action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 56.


| September 22, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk